1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   SKYE DAVIS  (NYBN 3994076)
    Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3771
7       Fax: (510) 637-3724
        E-Mail: skye.davis@usdoj.gov
8

9   Attorneys for the United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 10-00350-PJH
                                       )
14                                     )
                                       )
15        v.                           )
                                       )   ORDER EXCLUDING TIME FROM
16  JUAN MANUEL RESENDIZ,              )   AUGUST 2, 2010 TO AUGUST 23, 2010
                                       )   FROM SPEEDY TRIAL ACT
17                                     )   CALCULATION (18 U.S.C. §§
          Defendant.                   )   3161(h)(7)(A) and (B))
18                                     )
                                       )
19  _____)

20          Defendant Juan Manuel Resendiz made a status appearance before Magistrate Judge

21  Donna M. Ryu on August 2, 2010.  With the agreement of the parties, the Court enters this order

22  documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

23  (B), from August 2, 2010 to August 23, 2010.  The parties agreed, and the Court found and held,

24  as follows:

25          1.      The parties agreed to the exclusion of time under the Speedy Trial Act so that

26  defense counsel would have time to meet with investigators and review discovery in order to

27  continue investigating the case and the circumstances of defendant's arrest in Mexico and

28  deportation to the United States, taking into account the exercise of due diligence.

[*United States* v. *Juan Manuel Resendiz*, CR 10-00350 PJH]
[Stipulation and Order Excluding Time]

1

2.      Given these circumstances, the Court found that the ends of justice served by

2

excluding the period from August 2, 2010 to August 23, 2010, from Speedy Trial Act

3

calculations outweighs the interests of the public and the defendant to a speedy trial by allowing

4

for the defense to effectively prepare in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

5

3.      Accordingly, with the consent of defendant's attorney, the Court ordered that the

6

period from August 2, 2010 to August 23, 2010 be excluded from Speedy Trial Act calculations,

7

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

8

9

10

IT IS SO ORDERED.

11

DATED:   8/4/2010



12

13

14

_____
HON. DONNA M. RYU
United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[*United States* v. *Juan Manuel Resendiz*, CR 10-00350 PJH]
[Stipulation and Order Excluding Time]